UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 24105
   ALAN A SMITH
   ROSE M SMITH                           CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-2114    SSN XXX-XX-7243
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/17/05 and confirmed on 08/12/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36297.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED | 8885.00 | 629.96 | 8885.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5506.45 | .00 | 5506.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 754.65 | .00 | 754.65 |
| DISCOVER BANK | UNSECURED | 9866.58 | .00 | 9866.58 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 1617.18 | .00 | 1617.18 |
| DISCOVER BANK | UNSECURED | 4793.68 | .00 | 4793.68 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8885.00 | .00 | 22538.54 | .00 | 31423.54 |
| PRINCIPAL PAID | 8885.00 | .00 | 22538.54 | .00 | 31423.54 |
| INTEREST PAID | 629.96 | .00 | .00 | .00 | 629.96 |
| TOTAL PAID | 9514.96 | .00 | 22538.54 | .00 | 32053.50 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $    2700.00 and was paid $    200.00   direct and $    2500.00   through the plan.

The Trustee received $    1744.30 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 05 B 24105 ALAN A SMITH & ROSE M SMITH
```